UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MITCHELL,<br><br>   Plaintiff,<br><br>v.<br><br>CHEN,<br><br>   Defendant. | No. EDCV 12-152-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 1-29-2013

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE